**F I L E D**
United States Court of Appeals
Tenth Circuit

APR 13 1998

**PATRICK FISHER**
Clerk

PUBLISH

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

---

MICHELLE GLOVER, a natural person and citizen of the United Kingdom,

        Plaintiff - Appellant,

      v.

VAIL CORPORATION, doing business as Vail Associates, Inc., a Colorado corporation; VAIL ASSOCIATES, INC., a Colorado corporation; VAIL ASSOCIATES HOLDINGS, LTD., a Colorado corporation; VAIL HOLDINGS, INC., a Colorado corporation,

        Defendants - Appellees.

No. 97-1100

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(D. Ct. No. 96-B-394)

---

Michael J. Roche (John B. Moorhead with him on the briefs), of Baker & Hostetler, LLP, Denver, Colorado, for Plaintiff-Appellant.

David H. Yun (Stephen Hopkins with him on the brief), of Long & Jaudon, P.C., Denver, Colorado, for Defendants-Appellees.

---

Before **TACHA**, **McKAY**, and **EBEL**, Circuit Judges.

**TACHA**, Circuit Judge.

We AFFIRM the holding of the district court for substantially the same reasons discussed by the district court in its published opinion.  See <u>Glover v. Vail Corp.</u>, 955 F. Supp. 105 (D. Colo. 1997).